**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| MARCOS SEDO-ROPER,<br><br>*Plaintiff,*<br>v.<br><br>MAGINOT SUPPORT SERVICES, INC. DBA MS2USA,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:25-CV-01309-SDJ-AGD<br><br>*LEAD CASE* |
| PAUL BURDON,<br><br>*Plaintiff,*<br>v.<br><br>MAGINOT SUPPORT SERVICES, INC. DBA MS2USA,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:25-CV-01310-SDJ-AGD |

**MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 26, 2026, the Magistrate Judge entered a Report, (Dkt. #29), recommending that, in 4:25-cv-1309, Defendant Maginot Support Services, Inc.'s ("Defendant") Motion to Dismiss Plaintiff Marcos Sedo-Roper's ("Plaintiff Sedo-Roper") First Amended Complaint and Brief in Support, (Dkt. #9), be granted in part and denied in part. The Report further recommended that, in 4:25-cv-1310, Defendant's Motion to Dismiss Plaintiff Paul

Burdon's ("Plaintiff Burdon") Second Amended Complaint and Brief in Support, (Dkt. #10), likewise be granted in part and denied in part.

Therein, the Report, (Dkt. #29), recommended that Defendant's Motions be denied as to Plaintiff Marcos Sedo-Roper and Plaintiff Burdon's (collectively "Plaintiffs") breach of contract, quantum meruit, and money had and received claims. The Report further recommended that Defendant's Motions be granted as to Plaintiffs' detrimental reliance/promissory estoppel and fraudulent inducement claims (Dkt. #29). The Report further recommended that Plaintiffs be afforded 30 days to file an appropriate Amended Complaint, if the undersigned adopts the Report (Dkt. #29). Finally, the Report recommended that if Plaintiffs fail to timely file an Amended Complaint, Plaintiffs' cases should be dismissed without prejudice (Dkt. #29). No Party filed objections to the Report.

Having received the Report of the Magistrate Judge, (Dkt. #29), and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's Motions to Dismiss, (4:25-cv-1309, Dkt. #9) and (4:25-cv-1310, Dkt. #10), are **GRANTED IN PART** and **DENIED IN PART**.

It is further **ORDERED** that Plaintiffs shall file an appropriate Amended Complaint within 30 days of the entry of this Memorandum Adopting the Report and Recommendation of United States Magistrate Judge. If Plaintiffs fail to timely file an

Amended Complaint, as ordered, Plaintiffs' cases will be **DISMISSED WITHOUT PREJUDICE** without further notice.

**So ORDERED and SIGNED this 21st day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE